UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 03:04-cv-00292-LRH-VPC |
| | ) | |
| Plaintiff, | ) | – consolidated with - |
| vs. | ) | |
| | ) | 03:04-cv-000397-LRH-VPC |
| SHARLANDS TERRACE, LLC; et al., | ) | |
| | ) | MINUTE ORDER |
| Defendants. | ) | |
| | ) | January 30, 2012 |
| AND ALL RELATED CLAIMS | ) | |
| | ) | |

PRESENT:
THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  NONE APPEARING          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

MINUTE ORDER IN CHAMBERS:

On October 28, 2011, the parties filed a Status Report of the United States (#442) indicating that the parties have a remedial plan in place and that it is being implemented.  Further, it appearing that there is no purpose in requiring further status reports from counsel unless problems arise with the remedial plan, and good cause appearing,

For the convenience of the parties and the court's administrative purposes, this case will now be closed administratively.  The closing of this case administratively has no substantive effect on the status of the case.  The case remains pending for all substantive purposes.  The case will be reopened administratively when either party notifies the court that the remedial plan needs to be enforced.  At that time, an updated joint status report shall be filed with the request to reopen.

LANCE S. WILSON, CLERK

By:          /s/
          Deputy Clerk